| United States District Court for the Northern District of Alabama 101 Holmes Avenue Huntsville, Alabama. 35801 | FILED<br><br>2022 AUG 25 A 11: 06<br><br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA |
|---|---|
| In Re; **Redemption of Justin Duane** *On and for the behalf of the* UNITED STATES | |
| | Miscellaneous Case #22-mc-412 |
| **NOTICE OF GARNISHMENT - RULE B(1)(c)** | |

**COMES NOW**, Justin Duane of the family WOODS and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money to the Treasury of the United States.

Dear Clerk of Court;

Rule B(1)(c) allows for garnishment actions against Janet Louise YELLEN and her agents. In most cases service to the agent is enough. Presently it is determined that Notice of Demand for Lawful Money shall be upon the Secretary of the Treasury in her capacity as United States Governor of the International Monetary Fund. Please file this Refusal for Cause on the 3176C Letter of March 3, 2022. Thank you in advance for your professionalism.

Process of both 3176C and subsequently 3175C Letters have been Refused for Cause timely. Numerous process has been returned to the State Refused for Cause too - Case #16-mc-270. Yet there are alleged billings from both the IRS $5,000, and State of Alabama with a lien against the property of Justin Duane in state probate court for $10,995.61 - Account #IIT-

R004084532 Lien Number 924782080, accruing interest. Therefore this garnishment is against Janet Louise YELLEN in her personal capacity for $15,995.61 unless she will adjust the national debt by that amount as US Governor of the International Monetary Fund. Or in the alternative YELLEN may honor the IRS billing Refusal for Cause with cessation of process and release the lien in Alabama probate court.

Additionally, any and all deviant oaths of office are refused for cause timely. Amidst the specificity required of trained attorneys and judicial officers changing "So help me God." to "SO HELP ME GOD." is strong evidence of fraud.

The law says that all that is required of me is, "They shall be redeemed in lawful money on demand at the Treasury of the United States..." And so it is. Obfuscation of service of process by diverting the green Return Receipt card at the Treasury is indeed poor form and illegal. The postal carrier is to acquire a signature of YELLEN or agent and mail the card directly back to Justin Duane, as prescribed by Domestic Mail Manual S915 and S911:

## S915 Return Receipt
**Summary** S915 describes why and when a return receipt is required, the specific classes of mail included, endorsement conditions, fees and postage, refund policy, and procedures to follow when using this special service.

### 1.0 BASIC INFORMATION
**Description**

1.1 Return receipt service provides a mailer with evidence of delivery (to whom the mail was delivered and date of delivery). After delivery, the return receipt is mailed back to the sender. A return receipt requested before mailing also supplies the recipient's actual delivery address, if the delivery address is different from the address used by the sender. A return receipt may be requested before or after mailing.

The procedure of acquiring an agent signature at the US Treasury on the green Return Receipt cannot be circumvented in spirit of the law.

## S911 Registered Mail

**Summary** S911 describes the standards for registered mail including what matter is eligible and ineligible for this service. It also discusses fees, liability, and procedures for preparing registered mail.

**1.0 BASIC INFORMATION**
**Description**
1.1

[5-20-03] Registered mail is the most secure service that the USPS offers. It incorporates a system of receipts to monitor the movement of the mail from the point of acceptance to delivery.

*[signature]*
Justin Duane


*[signature]*
Signature of Notary Public
My commission expires __MY COMMISSION EXPIRES 1/16/2024__

IRS Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

In reply refer to: 1486900000
Aug. 11, 2022 LTR 3175C  0
***-**-5867  000000 00
Input Op: 1483340575 00024602
BODC: WI

JUSTIN WOODS
1015 DEARBORN ST
MUSCLE SHOALS  AL  35661-3005

Dear Taxpayer:

This is in reply to your correspondence received Apr. 15, 2022.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response does not convey agreement or acceptance of the arguments stated. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code (IRC) sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to:

1. examine taxpayer books, papers, records, or other data which may be relevant;

2. issue summonses in order to gain possession of records so that determinations of tax liability can be made or for ascertaining the correctness of any return filed by a person; and

3. collect any such liability.

There are people who encourage others to violate our nation's tax laws by arguing there is no legal requirement for them to file income tax returns or pay income taxes. Their arguments are based on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in tax, interest, and penalties than they would have paid simply by filing correct tax

*[Handwritten across letter: "Refused for Cause"]*

JUSTIN WOODS
1015 DEARBORN ST
MUSCLE SHOALS   AL   35661-3005

IRC Section 6702(e) also provides:

PENALTIES IN ADDITION TO OTHER PENALTIES. The penalties imposed by this section shall be in addition to any other penalty provided by law.

FOIA requests for Treasury Department records MUST meet the following criteria before Treasury can take action:

- Be in writing and signed by the person making the request;
- State that the request is being made pursuant to the FOIA;
- Reasonably describe the records being requested;
- State the category of the requester for fee purposes (e.g. commercial, media, educational, scientific institutions, all other); and
- Be sent to the correct Central Processing Unit for processing.

Requests for IRS Policy and procedure agency documents that are not already publicly available in the FOIA library should be sent to:

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
Fax: 877-807-9215

Requests for personal or business tax records should be sent to:

Internal Revenue Service
Central Processing Unit
Stop 93A
PO Box 621506
Atlanta, GA 30362
Fax: 877-891-6035

For additional information, view the IRS FOIA Guidelines at www.irs.gov/foiaguidelines.

- Contain an agreement to pay all fees that might be incurred;
- Prove that the requester is entitled to receive the records;
- Provide an address where the requester can be notified of the determination as to whether to grant the request;
- State whether the requester wants a copy of the records or only wants to inspect the records.

[Handwritten stamp/notation across page: "Refused for Cause"]



| | |
|---|---|
| Notice | CP15 |
| Tax Year | 2019 |
| Notice date | July 25, 2022 |
| Social Security number | 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 |
| To contact us | 800-829-0922 |
| Your Caller ID | 108627 |
| Page 1 of 2 | 18H |



Department of the Treasury
Internal Revenue Service
P.O. Box 621501
Atlanta, GA 30362-1501

IRS

131488.245736.447860.17753 1 AB 0.491 536



JUSTIN WOODS
1015 DEARBORN ST
MUSCLE SHOALS AL 35661-3005

131488

## Notice of Penalty Charge

666

*Refused for Cause*

You have been charged a penalty under Section 6702(a) of the Internal Revenue Code for Civil Penalty for Frivolous Tax Returns.

### TAX STATEMENT

| | |
|---|---|
| Prior Balance | $0.00 |
| Penalty Assessment | $5,000.00 |
| Interest | $0.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$5,000.00** |

Continued on back...



IRS

| | |
|---|---|
| JUSTIN WOODS | |
| 1015 DEARBORN ST | |
| MUSCLE SHOALS AL 35661-3005 | |

| | |
|---|---|
| Notice | CP15 |
| Notice date | July 25, 2022 |
| Social Security number | 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 |

### Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2019), and the form number (CVL PEN) on your payment and any correspondence.

**Amount due by August 15, 2022**       $5,000.00

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0010

247695867 ZJ WOOD 55 0 201912 670 00000500000

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov


**Alabama Department** *of* **Revenue**

Letter Id: L0027488608

August 17, 2022

JUSTIN D. WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2019, 12/31/2020
Account Number: IIT-R004084532
Lien Number: 924782080
Amount of Lien: $10,995.61

## TAXPAYER NOTICE OF LIEN

**Individuals:** The Alabama Department of Revenue has filed a lien in the Colbert County Probate Court. The recording of this lien could affect your credit status.

Your file has been transferred to the Collection Services Division. The lien will be released upon full payment, which includes interest that accrues daily.

Payment may be remitted in one of three ways:

- Sign in to My Alabama Taxes (MAT) at: https://myalabamataxes.alabama.gov. For MAT online assistance to create a new account or with issues in viewing an established account, please call 1-800-322-4106.
- Submit certified funds, cashier's check or money order made payable to the Alabama Department of Revenue. Be sure to include your account number, social security number or Letter ID number.
- Contact this office at the number below to make payment using a Discover/Novus, Mastercard, Visa, or American Express card.

Submitting your payment with certified funds will expedite release of your lien.

All claims, inquiries, and remittances should be directed to The State of Alabama, Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL, 36132-7820 or telephone: 334-242-1220, Fax: 334-242-8342

*[Handwritten across document: "Refused for Cause"]*

The first section of H.R. 13955 amends the Bretton Woods Agreements Act by adding Sections 24, 25 and 26 to the Act. Section 24 is the key section. It authorizes the U.S. Governor of the International Monetary Fund, the Secretary of the Treasury, to accept the amendments to the Articles of Agreement of the Fund. These amendments to to Articles are contained in the IMF Board of Governors resolution 31-4. It is this document that contains the provisions that move the exchange rate system from a fixed rate system to a floating rate system, substantially reduce the role of gold in the international monetary system, expand the quotas of the Fund by 33.6 percent, establish a Trust Fund and more lenient access to the Fund's resources, and modernize the operations of the Fund to include authority to create a Fund Council. The Council would be composed of finance ministers and would replace the current Interim Committee.

Section 25 specifically authorizes the increase in the U.S. quota in the IMF. The increase is 1,705 million Special Drawing Rights (SDR) or approximately $2 billion. The SDR value is based on an average daily value of 16 international currencies and fluctuates daily. Presently, the U.S. quota is SDR 6,700 or approximately $8 billion. The U.S. quota expansion is less than the general one-third expansion of the Fund's resources, therefore the U.S. percentage in the Fund drops from 22.93 percent to 21.53 percent. Roughly every five years since 1958-59, the Fund's resources have been increased to keep in step with the growth of international monetary resources and trade. This one-third increase is the fourth expansion.

Section 26 was added on the floor of the House of Representatives. It instructs the U.S. Governor to the IMF to vote against the formation of the new IMF Council if the Council will not follow the practice of weighted voting. Weighted voting provisions of the Fund are stated in Article XII, Section 5. They apply to all organs of the Fund and all votes. The addition of Article 26 has the effect of expressing the sentiment of the Congress that weighted voting in the Council is desirable.

Section 2 of H.R. 13955 was inserted by House Committee action and amends Section 3 of the Bretton Woods Agreements Act. Section 3 deals with the "Appointment of Governors, Executive Directors, and Alternates." The amendment anticipates the formation of the IMF Council by stipulating that if the Council is formed, the U.S. Governor of the Fund will serve as Councilor and have the authority to designate an alternate and associates. The second part of the amendments prohibits the Councilor, his alternate or associates from receiving salary or other compensation from the U.S. Government. This is standard language for all U.S. legislation on international financial institutions. The U.S. Secretary of the Treasury receives no compensation for representing the United States. The other positions are paid by the institution. The provision prohibits double salary payments.

The third section is a House provision which amends Section 5 of the original Act. Section 5 prohibits specific acts of the Executive Branch without prior Congressional authorization. H.R. 13955 amends Section 5 by adding part (g). Part (g) will prohibit the U.S. Governor to vote for the establishment of any new trust funds at the IMF without the prior approval of the Congress. The amendment reflects House sentiment that the Trust Fund, with its concessional lending

# Supreme Court of the United States

No. ----- October Term, 1985

    I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

    So help me God.

*William H. Rehnquist* (signature)

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger* (signature)

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __Neil M. Gorsuch__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __United States Circuit Judge__ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

**Refusal for Cause Refusal for Cause NO!!**

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __10th__ day of __August, 2006__.

**FOIA EXEMPTION (b)(6)**

_David M. Ebel_

| | |
|---|---|
| Actual abode: | ■■■■■■ |
| Official station | Denver, Colorado |
| Date of birth | ■■■■ 1967 |
| Date of Entry on Duty | August 10, 2006 |

---

* Title 28, sec. 456 United States Code as amended.

# Certificate of Mailing

US Treasury - Janet Louise YELLEN    Registered Mail # RE 171 009 867 US
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Department of the Treasury    Registered Mail # RE 171 009 875 US
Internal Revenue Service - Stop 4450
Ogden, Utah. 84201-0059

Charles P. RETTIG,
Public Servant & Trustee    Registered Mail #RE 171 009 884 US
DBA Commissioner of Internal Revenue
c/o IRS Criminal Investigation Division
Box 192
Covington, Kentucky. 41012

State of Alabama Dept of Revenue    Registered Mail #RE 171 009 898 US
50 North Ripley Street
Mongomery, Alabama.
    [36132]