| United States District Court for the Northern District of Alabama 101 Holmes Avenue Huntsville, Alabama. 35801 | FILED 2022 AUG 31 P 12: 18 U.S. DISTRICT COURT N.D. OF ALABAMA |
|---|---|
| In Re; **Redemption of Justin Duane** *On and for the behalf of the* UNITED STATES | |
| | *Miscellaneous Case #22-mc-412* |
| **ADDENDUM TO NOTICE OF GARNISHMENT - RULE B(1)(c)** **DOC 3 HEREIN** | |

**COMES NOW**, Justin Duane of the family WOODS and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money to the Treasury of the United States.

Conditions and law about Janet Louise YELLEN are already stipulated in Doc 3, to which this Refusal for Cause is appended by addenedum.

**ADDENDUM:** The State of Alabama Department of Revenue is becoming aggressive with a new Presentment - herein Refused for Cause timely. It is dated "August 24, 2022", titled Letter ID #L2124640608 on Account ID #IIT-R004084532 and it stipulates that the State of Alabama has right to collection action, to seize property and money after ten (10) days of the Presentment/Notice/Letter. This Presentment is Refused for cause in the same format as Doc 3 already filed in the court on 8/25/22.

Additionally, any and all deviant oaths of office are refused for cause timely. Amidst the

specificity required of trained attorneys and judicial officers changing "So help me God." to "SO HELP ME GOD." is strong evidence of fraud.

The law says that all that is required of me is, "They shall be redeemed in lawful money on demand at the Treasury of the United States..." And so it is.

_____
Justin Duane

_____
Signature of Notary Public
My commission expires  MY COMMISSION EXPIRES 1/16/2024



# State of Alabama
## Department of Revenue

Letter Id: L2124640608

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

August 24, 2022

JUSTIN D WOODS and KELLEY A WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

CSD Case # : 4216524
Account ID #: IIT-R004084532
Amount Due: $11,032.41
Period(s): CY(s) ending 12/31/2019, 12/31/2020

### FINAL NOTICE BEFORE SEIZURE

The Alabama Department of Revenue has not received payment of your above-referenced tax liability. Therefore, your assessment(s) file has been forwarded to the Collection Services Division.

Failure to respond to this notice within ten days from the date of this notice will result in collection action. The Department of Revenue may issue a writ to the Sheriff of your County to seize property that may include your bank accounts and/or up to 25% of your wages or issue an execution on real/personal property or rights to property belonging to you in the amount necessary to satisfy your tax liability.

You may have the right to claim that certain property is exempt from seizure for collection of your liability. If you believe that any of your property should not be subject to seizure for any reason, including that the tax liability has been satisfied or the property is exempt, you should notify the Department of Revenue, Collection Services Division, of such in writing at the address or fax number below within ten days from the date of this notice. The notification should include your name, address, social security number, and a detailed explanation of why you believe your property should not be subject to seizure for collection. If, within ten days of sending your notification to the Department, you do not receive from the Department an approval of your request for relief or an acknowledgment giving you additional time, your request for relief from collection will be deemed denied. Should your request for relief be denied, the Department may proceed with the seizure for collection. In addition to sending the notification to the Department, you may seek relief from the seizure for collection through appropriate legal recourse. You may seek legal advice if you deem necessary.

Payment may be remitted in one of three ways:

- Sign in to My Alabama Taxes (MAT) at: https://myalabamataxes.alabama.gov. For MAT online assistance to create a new account or with issues in viewing an established account please call 1-800-322-4106.
- Submit certified funds, cashier's check or money order made payable to the Alabama Department of Revenue. Be sure to include your account number, social security number or Letter ID number.
- Contact this office at the number below to make payment using a Discover/Novus, Mastercard, Visa, or American Express card.

**ALL CLAIMS, INQUIRIES AND REMITTANCES SHOULD BE DIRECTED TO THE STATE OF ALABAMA, DEPARTMENT OF REVENUE, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820 OR TELEPHONE 334-242-1220 FAX 334-242-8342.**

*Refused for Cause* (handwritten across page)

1015 Dearborn Street
Muscle Shoals, Alabama [35661]

BIRMINGHAM AL 350
29 AUG 2022 PM 4 L



United States District Court
for the Northern District of Alabama
101 Holmes Ave
Huntsville, Alabama [35801]



35801-488199