| United States District Court for the Northern District of Alabama 101 Holmes Avenue Huntsville, Alabama. 35801 | FILE 2022 SEP 19 U.S. DIST. N.D. OF AL |
|---|---|
| In Re; **Redemption of Justin Duane** *On and for the behalf of the* UNITED STATES | |
| | Miscellaneous Case #22-mc-412-CLM |
| **NOTICE OF GARNISHMENT - RULE B(1)(c)** ||

**COMES NOW**, Justin Duane of the family WOODS and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money to the Treasury of the United States.

Dear Clerk of Court;

Rule B(1)(c) allows for garnishment actions against Janet Louise YELLEN **and her agents.** The Alabama Department of Revenue is treated herein like an agent of the US Treasury and Janet Louise YELLEN as the US Governor of the International Monetary Fund, being that the State of Alabama is utilizing currency of the United States.

Process of both 3176C and subsequently 3175C Letters have been Refused for Cause timely. Numerous process has been returned to the State Refused for Cause too - Case #16-mc-270.

The law says that all that is required of me is, "They shall be redeemed in lawful money

on demand at the Treasury of the United States..."

The recent threat of property seizure is hereby Refused for Cause timely. Proof of service that the Alabama Department of Revenue is aware of this developing lien action is attached. The Notice of Pending Lien on Janet Louise YELLEN and subsequently any agent in violation of redemption law was served and is acknowledged in the recent threatening letter, on September 6, 2022 with the ALDOR 30-Day Seizure notice Letter dated September 7, 2022. The ALDOR Letter regarding Case #IIT-R004084532 is hereby Refused for Cause because I believe my right to redemption from central banking is inviolate. My demand for redemption is clear, as is this Refusal for Cause on advances made by the Department of Revenue - State of Alabama.

_____
Justin Duane

_____
Signature of Notary Public
My commission expires MY COMMISSION EXPIRES 1/16/2024




# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** RE171009898US                                              Remove ✕

Your item was delivered at 6:21 am on September 6, 2022 in MONTGOMERY, AL 36119.

## ✓ Delivered

September 6, 2022 at 6:21 am
MONTGOMERY, AL 36119

Feedback

Text & Email Updates  ⌄

Tracking History  ⌄

Product Information  ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☑ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>State of Alabama Department of Revenue<br>50 North Ripley Street<br>MONTGOMERY, ALABAMA [36132] | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>ERPS DIVISION<br>6 2022<br>RECEIVED |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7595 2098 1185 75 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| RE 171 009 898 US | |

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



50 North Ripley Street
Montgomery, AL 36130

revenue.alabama.gov

# Alabama Department *of* Revenue

September 7, 2022

Justin D Woods and Kelley A Woods
105 Dearborn Street
Muscle Shoals, AL 35661-3005

RE: SS#: XXX-XX-1867 and XXX-XX-4599
Alabama Individual Income Tax: 12/31/2019, 12/31/2020
CSD Case #: IIT-I004084532

Dear Mr. and Mrs. Woods:

This letter is in response to correspondence received regarding the above referenced tax periods. Please find enclosed billing letters detailing the tax, penalty and interest for the 2019 and 2020 tax years. The debts are deemed admitted liabilities based on actual returns submitted by you. Enclosed is a Form 4506-A to request a copy of the returns from the Income Tax Division.

Our office agrees to hold action for thirty days from the date of this letter. Collection action will proceed after October 7, 2022.

If you have any further questions, please feel free to contact our office at (334) 242-1220.

Sincerely,

COLLECTIONS SERVICES DIVISION

enclosures

*[Handwritten across letter: "Refused for Cause"]*



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L1701743712

November 5, 2021



JUSTIN D. & KELLEY A. WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Account ID: IIT-R004084532
Tax Year: 2019
Form: 40

**Refused for Cause**

Please see explanations on reverse side of notice

| Description | Amount | Credit Amount | Balance Due |
|---|---|---|---|
| Tax | $6,569.00 | $0.00 | $6,569.00 |
| Interest | $248.40 | $0.00 | $248.40 |
| Total Amount Due | | | $6,817.40 |

**COPY**

To pay your debt, return the bottom portion of this notice along with a check or money order payable to the Alabama Department of Revenue. Partial payments will not delay the collection process.

ELECTRONIC PAYMENT OPTION: Payments may be made Online through the Department's website <www.revenue.alabama.gov/efiling.htm>. This is a free service. Do not mail payment voucher if payment is made electronically.
Using Official Payments Corporation you may pay by Discover/Novus, MasterCard, Visa or American Express at <http://revenue.alabama.gov> under EServices, Payments. You can also pay by calling 1-800-2PAY-TAX (Official Payments Corporation, Alabama's Juristiction Code 1100). There is a convenience fee for this service. The fee is based on the amount of your tax payment and is paid directly to Official Payments Corporation.

---

Please cut off and return with payment

---

**RV-2**
JUSTIN D WOODS
ID: R004084532
Voucher Type: Billing Payment
Filing Period: 12/31/19

**Mail Payment to:**
Alabama Department of Revenue
Income Tax Administration Division
Compliance Unit
PO Box 327447
Montgomery, AL 36132-7447
Phone: 334-353-9770

Tax Type: IIT
Control: 8516770884R

Amount Due: $6,817.40



# ADJUSTMENT NOTICE

We have reviewed and adjusted your Tax Year 2019 Form 40 return. To help you understand the reasoning for our adjustment, the corrections we made to your tax return are listed below:

The "lawful money reduction" of $171,811.00 claimed on your return has been disallowed because the State of Alabama does not recognize US Code 411-Issuance to reserve banks; nature of obligation; redemption.

---

Reasons and Explanations for Tax, Interest, and Penalties
(As required by §40-2A-4(a)(3))

Tax - You underpaid your tax liability as reported on your tax return. The tax due as reported, the amounts you paid, and the balance due are shown on the face of this notice.

Interest - You failed to pay your tax liability by the due date. Accrued interest was computed at the legal rate, as required by §40-1-44(a)

*[Handwritten across page: "Refused for cause" and "COPY"]*



# State of Alabama
# Department of Revenue
(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L1736148576

## NOTICE OF FINAL ASSESSMENT OF INDIVIDUAL INCOME TAX

Mailing Address:
JUSTIN D & KELLEY A. WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Billing ID: 8022733764R

COPY

STATE OF ALABAMA
-VS-
JUSTIN D WOODS and KELLEY A WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Type of Tax: Individual Income Tax
Taxpayer Identification #: XXX-XX-5867/XXX-XX-4599
Tax Period: 12/31/2019

Under the provisions of §40-2A-7(b), Code of Alabama 1975, the Alabama Department of Revenue hereby enters a final assessment against the taxpayer named above for the following period(s):
FY(s) ending 12/31/2019

| | |
|---|---|
| Tax | $6,569.00 |
| Interest | $329.40 |
| Late Payment Penalty | $262.76 |
| BALANCE NOW DUE | $7,161.16 |

You have the right to appeal this final assessment to either the Alabama Tax Tribunal or to circuit court. The appeal must be made within thirty days from the date of mailing or personal service, whichever occurred earlier, and in strict compliance with the procedures located on the reverse of this notice. Failure to pay or appeal this assessment may result in the recording of a tax lien and initiation of collection procedures. If you are in a bankruptcy case, see important information on the reverse side.

Entered: March 17, 2022

STATE OF ALABAMA
DEPARTMENT OF REVENUE

By: _Curtis E. Stewart_
Deputy Commissioner of Revenue

*[Handwritten across document: "Refused for Cause"]*

# ALABAMA DEPARTMENT OF REVENUE
## Final Assessment Appeal Rights
### Code of Alabama 1975, Section 40-2A-7(b)(5)

Letter Id: L1736148576

1. You may appeal your final assessment to the Alabama Tax Tribunal. To do so, you must notify the Tax Tribunal Chief Judge in writing of your intent to appeal. The written appeal notice should contain your name, address, telephone number, type of tax, and the tax period(s) being appealed. Your notice of appeal must also contain a detailed statement of the specific reasons for your appeal. Your appeal may be dismissed if you fail to specify your objections to the final assessment in your notice of appeal. Attach a photocopy of the final assessment to your notice of appeal. If you choose to appeal to the Alabama Tax Tribunal, you must file your written notice of appeal within thirty (30) days from the mailing or personal service date of the final assessment, whichever occurred earlier, with the Alabama Tax Tribunal at the following address:

   Alabama Tax Tribunal
   7515 Halcyon Summit Drive, Suite 103
   Montgomery, AL 36117

2. In the alternative, you may elect to appeal your final assessment to the circuit court. This may be done in either Montgomery County, Alabama, or in the circuit court of the Alabama county in which you reside or have your principal place of business. The written appeal should contain your name, address, telephone number, type of tax, and tax period(s) being appealed.

If you choose to appeal to circuit court, you must file your written notice of appeal within thirty (30) days of the final assessment mailing or personal service date, whichever occurs earlier, with both the Secretary of the Alabama Department of Revenue and the clerk of the circuit court in the county where you file your appeal. Mail the Revenue Department's copy to the following address:

   Secretary of the Department
   Alabama Department of Revenue
   P.O. Box 327001
   Montgomery, AL 36132-7001

Additionally, if you elect to appeal to the circuit court, you must either pay the assessment in full or post a supersedeas bond with the court for 125 percent of the amount of the assessment, file an irrevocable letter of credit with the court in an amount equal to 125 percent of the amount of the assessment, or file a pledge of collateral assignment of securities that constitute eligible collateral under Chapter 14A, Title 41, in an amount equal to 200 percent of the assessment. However, if you have a total net worth of $250,000 or less, you may qualify for a special exception, which provides for the filing of an appeal without either paying the assessment or posting a bond first (§ 40-2A-9(g)(1), Code of Alabama 1975). For more information on this exception, you should contact the circuit court clerk in the county in which you plan to make your appeal.

If you do not wish to appeal this final assessment, your payment for the total amount should be attached to the notice and forwarded to the address shown on the final assessment. A final assessment which is not appealed is as conclusive as a judgment of a circuit court. The Department may then proceed with collection by execution, garnishment, or levy as provided by § 40-29-23, Code of Alabama 1975.

**BANKRUPTCY:** If you have filed a bankruptcy and the automatic stay is in effect, the Department will not undertake procedures to collect this assessment outside of the bankruptcy case. Please send your bankruptcy case information, including the bankruptcy case number to the following address or Fax:

   Legal Division Bankruptcy Section
   P.O. Box 320001
   Montgomery, AL 36132-0001
   Fax: (334)242-9782

**IMPORTANT: IF YOU HAVE ANY QUESTIONS REGARDING YOUR FINAL ASSESSMENT OR IF YOU WANT PAYMENT INFORMATION, YOU SHOULD CALL THE TELEPHONE NUMBER PROVIDED WITH YOUR FINAL ASSESSMENT.**

ELECTRONIC PAYMENT OPTIONS: You can make payments online with just your Billing Letter ID and account number through My Alabama Taxes (MAT) at https://myalabamataxes.alabama.gov.

You may make a payment using a Discover/Novus, MasterCard, Visa or American Express card for this liability by calling 1-800-2PAY-TAX or on the internet at http://www.officialpayments.com (Select "State Payments"). You will need to use Alabama Jurisdiction Code 1100. There is a convenience fee for this service. The fee is based on the amount of your tax payment and is paid directly to Official Payments Corporation.

The department will accept and credit any voluntary payments made to your liability. Voluntary payments will not delay further processing of your file. Further processing may include entry of an assessment, filing of a tax lien, and transfer of your file to the Collections Services Division.

Voluntary payments should include a copy of the most RECENT billing letter received by you from this division and should be mailed to the address shown on that letter. Your payment should also include your social security number and the tax year.

You may request a formal payment plan agreement from the department for an **individual income tax return liability.** Please visit My Alabama Taxes (MAT) at https://myalabamataxes.alabama.gov to submit a payment plan request. Select "Individual Income Tax Payment Plan" hyperlink to enter the last 4 digits of your Social Security Number in addition to the letter ID of any letter received from the Alabama Department of Revenue (ADOR).

These are the payment options for the Income Tax Divisions only. If you receive a notice from the Collection Services Division, you should pay the amount shown on the notice or contact that division immediately.



Refused for cause COPY

The balance shown on this letter will be valid until 15-Apr-2022. If the amount is paid in full prior to this date, no additional interest will be added. If not paid in full prior to this date, then additional interest will be added.

--- Please cut off and return with payment ---

RV-
JUSTIN D WOODS
ID: R004084532
Voucher Type: Billing Payment
Filing Period: 12/31/2019

Tax Type: IIT
Control: 8022733764R

Amount Due: $7,161.16

**Mail Payment to:**
Alabama Department of Revenue
Income Tax Administration Division
Correspondence & Assessment Unit
PO Box 327420
Montgomery, AL 36132-7420
Phone: 334-353-0775
Fax: 334-353-2282





# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L1971358816

November 5, 2021

JUSTIN D. & KELLEY A. WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Account ID: IIT-R004084532
Tax Year: 2020
Form: 40

**Refused for Cause**

COPY

Please see explanations on reverse side of notice.

| Description | Amount | Credit Amount | Balance Due |
|---|---|---|---|
| Tax | $9,380.00 | $5,945.00 | $3,435.00 |
| Interest | $43.47 | $0.00 | $43.47 |
| Total Amount Due | | | $3,478.47 |

To pay your debt, return the bottom portion of this notice along with a check or money order payable to the Alabama Department of Revenue. Partial payments will not delay the collection process.

ELECTRONIC PAYMENT OPTION: Payments may be made Online through the Department's website <www.revenue.alabama.gov/efiling.htm>. This is a free service. Do not mail payment voucher if payment is made electronically. Using Official Payments Corporation you may pay by Discover/Novus, MasterCard, Visa or American Express at <http://revenue.alabama.gov> under EServices, Payments. You can also pay by calling 1-800-2PAY-TAX (Official Payments Corporation, Alabama's Juristiction Code 1100). There is a convenience fee for this service. The fee is based on the amount of your tax payment and is paid directly to Official Payments Corporation.

---

Please cut off and return with payment

**RV-2**

JUSTIN D WOODS
ID: R004084532
Voucher Type: Billing Payment
Filing Period: 12/31/20

Tax Type: IIT
Control: 19300392001R

Amount Due: $3,478.47

**Mail Payment to:**
Alabama Department of Revenue
Income Tax Administration Division
Compliance Unit
PO Box 327447
Montgomery, AL 36132-7447
Phone: 334-353-9770



# ADJUSTMENT NOTICE

We have reviewed and adjusted your Tax Year 2020 Form 40 return. To help you understand the reasoning for our adjustment, the corrections we made to your tax return are listed below:

The "lawful money reduction" of $229,465.00 claimed on your return has been disallowed because the State of Alabama does not recognize US Code 411-Issuance to reserve banks; nature of obligation; redemption.

---

**Reasons and Explanations for Tax, Interest, and Penalties**
(As required by §40-2A-4(a)(3))

**Tax** - You underpaid your tax liability as reported on your tax return. The tax due as reported, the amounts you paid, and the balance due are shown on the face of this notice.

**Interest** - You failed to pay your tax liability by the due date. Accrued interest was computed at the legal rate, as required by §40-1-44(a).

*[Handwritten across page: "Refused for cause"]*

*[Stamp: COPY]*



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0338658912

## NOTICE OF FINAL ASSESSMENT OF INDIVIDUAL INCOME TAX

Mailing Address:
JUSTIN D. & KELLEY A. WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Billing ID: 19799307205R

*Refused — Return to sender — Cause — COPY* (handwritten across document)

STATE OF ALABAMA
-VS-
JUSTIN D WOODS and KELLEY A WOODS
1015 DEARBORN ST
MUSCLE SHOALS, AL 35661-3005

Type of Tax: Individual Income Tax
Taxpayer Identification #: XXX-XX-5867/XXX-XX-4599
Tax Period: 12/31/2020

Under the provisions of §40-2A-(b), Code of Alabama 1975, the Alabama Department of Revenue hereby enters a final assessment against the taxpayer named above for the following period(s):
FY(s) ending 12/31/2020

| | |
|---|---|
| Tax | $3,435.00 |
| Interest | $85.83 |
| Late Payment Penalty | $137.40 |
| BALANCE NOW DUE | $3,658.23 |

You have the right to appeal this final assessment to either the Alabama Tax Tribunal or to circuit court. The appeal must be made within thirty days from the date of mailing or personal service, whichever occurred earlier, and in strict compliance with the procedures located on the reverse of this notice. Failure to pay or appeal this assessment may result in the recording of a tax lien and initiation of collection procedures. If you are in a bankruptcy case, see important information on the reverse side.

Entered: March 17, 2022

STATE OF ALABAMA
DEPARTMENT OF REVENUE

By: _Curtis E. Stewart_
Deputy Commissioner of Revenue

ALABAMA DEPARTMENT OF REVENUE
Final Assessment Appeal Rights
Code of Alabama 1975, Section 40-2A-7(b)(6)

Letter Id: L0338658912

1. You may appeal your final assessment to the Alabama Tax Tribunal. To do so, you must notify the Tax Tribunal Chief Judge in writing of your intent to appeal. The written appeal notice should contain your name, address, telephone number, type of tax, and the tax period(s) being appealed. Your notice of appeal must also contain a detailed statement of the specific reasons for your appeal. Your appeal may be dismissed if you fail to specify your objections to the final assessment in your notice of appeal. Attach a photocopy of the final assessment to your notice of appeal. If you choose to appeal to the Alabama Tax Tribunal, you must file your written notice of appeal within thirty (30) days from the mailing or personal service date of the final assessment, whichever occurred earlier, with the Alabama Tax Tribunal at the following address:

Alabama Tax Tribunal
7515 Halcyon Summit Drive, Suite 103
Montgomery, AL 36117

2. In the alternative, you may elect to appeal your final assessment to the circuit court. This may be done in either Montgomery County, Alabama, or in the circuit court of the Alabama county in which you reside or have your principal place of business. The written appeal should contain your name, address, telephone number, type of tax, and tax period(s) being appealed.

If you choose to appeal to circuit court, you must file your written notice of appeal within thirty (30) days of the final assessment mailing or personal service date, whichever occurs earlier, with both the Secretary of the Alabama Department of Revenue and the clerk of the circuit court in the county where you file your appeal. Mail the Revenue Department's copy to the following address:

Secretary of the Department
Alabama Department of Revenue
P. O. Box 327001
Montgomery, AL 36132-7001

COPY

Additionally, if you elect to appeal to the circuit court, you must either pay the assessment in full or post a supersedeas bond with the court for 125 percent of the amount of the assessment, file an irrevocable letter of credit with the court in an amount equal to 125 percent of the amount of the assessment, or file a pledge of collateral assignment of securities that constitute eligible collateral under Chapter 14A, Title 41, in an amount equal to 200 percent of the assessment. However, if you have a total net worth of $250,000 or less, you may qualify for a special exception, which provides for the filing of an appeal without either paying the assessment or posting a bond first (§ 40-2A-9(g)(1), Code of Alabama 1975). For more information on this exception, you should contact the circuit court clerk in the county in which you plan to make your appeal.

If you do not wish to appeal this final assessment, your payment for the total amount should be attached to the notice and forwarded to the address shown on the final assessment. A final assessment which is not appealed is as conclusive as a judgment of a circuit court. The Department may then proceed with collection by execution, garnishment, or levy as provided by § 40-29-23, Code of Alabama 1975.

**BANKRUPTCY: If you have filed a bankruptcy and the automatic stay is in effect, the Department will not undertake procedures to collect this assessment outside of the bankruptcy case. Please send your bankruptcy case information, including the bankruptcy case number to the following address or Fax:**

Legal Division Bankruptcy Section
P.O. Box 320001
Montgomery, AL 36132-0001
Fax: (334)242-9782

**IMPORTANT: IF YOU HAVE ANY QUESTIONS REGARDING YOUR FINAL ASSESSMENT OR IF YOU WANT PAYMENT INFORMATION, YOU SHOULD CALL THE TELEPHONE NUMBER PROVIDED WITH YOUR FINAL ASSESSMENT.**

ELECTRONIC PAYMENT OPTIONS: You can make payments online with just your Billing Letter ID and account number through My Alabama Taxes (MAT) at https://myalabamataxes.alabama.gov.

You may make a payment using a Discover/Novus, MasterCard, Visa or American Express card for this liability by calling 1-800-2PAY-TAX or on the internet at http://www.officialpayments.com (Select "State Payments"). You will need to use Alabama Jurisdiction Code 1100. There is a convenience fee for this service. The fee is based on the amount of your tax payment and is paid directly to Official Payments Corporation.

IMPORTANT:            Letter Id: L0338658912

The department will aecept and credit any voluntary payments made to your liability. Voluntary payments will not delay further processing of your file. Further processing may include entry of an assessment, filing of a tax lien, and transfer of your file to the Collections Services Division.

Voluntary payments should include a copy of the most RECENT billing letter received by you from this division and should be mailed to the address shown on that letter. Your payment should also include your social security number and the tax year.

You may request a formal payment plan agreement from the department for an **individual income tax return liability**. Please visit My Alabama Taxes (MAT) at https://myalabamataxes.alabama.gov to submit a payment plan request. Select "Individual Income Tax Payment Plan" hyperlink to enter the last 4 digits of your Social Security Number in addition to the letter ID of any letter received from the Alabama Department of Revenue (ADOR).

These are the payment options for the Income Tax Divisions only. If you receive a notice from the Collection Services Division, you should pay the amount shown on the notice or contact that division immediately.



The balance shown on this letter will be valid until 15-Apr-2022. If the amount is paid in full prior to this date, no additional interest will be added. If not paid in full prior to this date then additional interest will be added.

---

Please cut off and return with payment

**RV-1**

| | | | |
|---|---|---|---|
| JUSTIN D WOODS | | Tax Type: | IIT |
| ID: | R004084532 | Control: | 19799307205R |
| Voucher Type: | Billing Payment | | |
| Filing Period: | 12/31/2020 | | |
| | | Amount Due: | $3,658.23 |

**Mail Payment to:**
Alabama Department of Revenue
Income Tax Administration Division
Correspondence & Assessment Unit
PO Box 327420
Montgomery, AL 36132-7420
Phone: 334-353-0775
Fax: 334-353-2282



Certificate of Mailing

US Treasury - Janet Louise YELLEN    Registered Mail # RE 171 009 907 US
US Governor for the International Monetary Fund
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Department of the Treasury    Registered Mail # RE 171 009 915 US
Internal Revenue Service - Stop 4450
Ogden, Utah. 84201-0059

Charles P. RETTIG,    Registered Mail # RE 171 009 924 US
Public Servant & Trustee
DBA Commissioner of Internal Revenue
c/o IRS Criminal Investigation Division
Box 192
Covington, Kentucky. 41012

State of Alabama Dept of Revenue    Registered Mail # RE 171 009 164 US
50 North Ripley Street
Mongomery, Alabama.
       [36132]